**Order filed June 29, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00300-CV

———————

**KUDELA & WEINHEIMER, L.P.; SMALLWOOD, REYNOLDS, STEWART, STEWART & ASSOCIATES, INC.; AND ROBINSON & COMPANY LANDSCAPE ARCHITECTURE, INC., Appellants**

**V.**

**JUAN DE DIOS ARRIAGA, SUNI ARRIAGA, JUAN ARRIAGA, AND HERICK ARRIAGA, Appellees**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-05887**

## ORDER

This is an accelerated interlocutory appeal from the trial court's order denying appellants' motions to dismiss for failure to file a proper certificate of merit pursuant to Chapter 150 of the Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code Ann. § 150.002 (f). On June 15, 2021, the clerk's record was filed containing the documents related to the appeals of appellants Kudela & Weinheimer, L.P. and Smallwood, Reynolds, Steward & Associates, Inc.

On June 21, 2021, appellant Robinson Company Landscape Architecture,

Inc. filed a notice of appeal from the same trial court cause number regarding the trial court's denial of its motion to dismiss for failure to file a proper certificate of merit. Accordingly, this court directs Robinson Company Landscape Architecture, Inc. to have a supplemental clerk's record filed in this appellate cause, on or before **July 1, 2021,** containing any filings in the trial court necessary to appellant's appeal that do not appear in the clerk's record filed on June 15, 2021.

All appellants' briefs in this matter are due 20 days after Robinson Company Landscape Architecture, Inc.'s supplemental clerk's record is filed.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.